JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-0049 AG (JCGx) | Date | March 30, 2015 |
|---|---|---|---|
| Title | ANN GRAHAM v. CITIMORTGAGE, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:** [IN CHAMBERS] ORDER REMANDING ACTION TO THE STATE COURT

Plaintiff Ann Graham ("Plaintiff") sued Defendants CitiMortgage, Inc. and Northwest Trustee Services, Inc. ("Defendants") asserting violations of the California Homeowners Bill of Rights and California Business and Professions Code section 17200. Defendant CitiMortgage, Inc. removed the action to this Court. (Notice of Removal, Dkt. No. 1.)

On March 13, 2015, the Court issued an Order to Show Cause ("OSC") concerning subject matter jurisdiction. (Dkt. No. 12.) Specifically, the OSC Ordered Defendants, among other things, to show cause why this action should not be remanded for failure to satisfy the amount in controversy requirement of diversity jurisdiction. (*Id.*, at 3.)

Defendant CitiMortgage, Inc. filed a response to the OSC. (Dkt. No. 17.)

After reviewing the response filed by Defendant CitiMortgage, Inc., the Court finds that Defendant has not satisfied its burden to show the amount in controversy requirement is met. *See generally Olmos v. Residential Credit Solutions, Inc.*, 2015 U.S. Dist. LEXIS 32991 (C.D. Cal. Mar. 17, 2015).

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 15-0049 AG (JCGx) | Date | March 30, 2015 |
|---|---|---|---|
| Title | ANN GRAHAM v. CITIMORTGAGE, INC., et al. | | |

Accordingly, the Court REMANDS the action to the state court.

:   0

Initials of Preparer    lmb